ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
– and –
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANJIV BALDWIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTUIT INC., et al.,<br><br>Defendants. | Case No. 3:26-cv-07086-TLT<br><br><u>CLASS ACTION</u><br><br>THE PENSION FUNDS' NOTICE OF NON-OPPOSITION<br><br>DATE: March 16, 2027<br>TIME: 2:00 p.m.<br>CTRM: 9, 19th Floor<br>JUDGE: Hon. Trina L. Thompson |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employees Retirement Board, on behalf of the Oregon Public Employees Retirement Fund, The City of Miami Fire Fighters' and Police Officers' Retirement Trust, Fort Lauderdale Police & Firefighters' Retirement System, Peace Officers' Annuity and Benefit Fund of Georgia, and Canadian Elevator Industry Pension Trust Fund (the "Pension Funds") respectfully submit this notice concerning the pending motions for appointment as lead plaintiff and approval of lead plaintiff's selection of counsel.

On September 8, 2026, the Pension Fund filed a motion for consolidation of related actions, appointment as lead plaintiff, and approval of lead plaintiff's selection of lead counsel pursuant to the Private Litigation Reform Act of 1995 ("PSLRA"). *See* ECF 18. The Pension Funds have reviewed the competing lead plaintiff motion pending before the Court (*see* ECF 15) and have determined that Public Employees' Retirement System of Mississippi and Malden Contributory Retirement System claim a larger financial stake than the Pension Funds in the relief sought by the class. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(bb). Should the Court have concerns about Public Employees' Retirement System of Mississippi and Malden Contributory Retirement System's motion or feel it is appropriate to grant the Pension Funds' lead plaintiff motion, the Pension Funds remain ready, willing, and able to serve as lead plaintiff.

DATED: September 22, 2026

ROBBINS GELLER RUDMAN
& DOWD LLP
MICHAEL A. TRONCOSO
DANIELLE S. MYERS

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff and Special Assistant Attorneys General for the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employees Retirement Board, on behalf of the Oregon Public Employees Retirement Fund

KLAUSNER, KAUFMAN, JENSEN
& LEVINSON
ROBERT D. KLAUSNER
7080 NW 4th Street
Plantation, FL 33317
Telephone: 954/916-1202
954/916-1232 (fax)
bob@robertdklausner.com

Additional Counsel for the City of Miami Fire Fighters' and Police Officers' Retirement Trust and Fort Lauderdale Police & Firefighters' Retirement System