GIBSON, DUNN & CRUTCHER LLP
Monica K. Loseman (SBN 309370)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
Telephone: 303.298.5784
mloseman@gibsondunn.com

Craig Varnen (SBN 170263)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7922
cvarnen@gibsondunn.com

Michael D. Celio (SBN 197998)
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5326
mcelio@gibsondunn.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANJIV BALDWIN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

INTUIT INC., SASAN K. GOODARZI, and SANDEEP S. AUJLA,

Defendants.

Case No. 3:26-cv-07086-TLT

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

| | |
|---|---|
| Date: | March 16, 2027 (Dkt. 28) |
| Time: | 2:00 p.m. |
| Courtroom: | 9, 19th Floor |
| Judge: | Hon. Trina L. Thompson |

Defendants Intuit Inc., Sasan K. Goodarzi, and Sandeep S. Aujla (together, "Defendants") submit this statement of non-opposition to the motions for consolidation, appointment of lead plaintiff, and approval of lead counsel filed on September 8, 2026 (the "Motions"). *See* Dkt. Nos. 15, 18.

On September 8, 2026, two different sets of purported class members (collectively, "Movants") moved for an Order (i) consolidating the related actions, (ii) appointing lead plaintiff, and (iii) approving the lead plaintiff's selection of lead counsel.[1] At this time, Defendants take no position on which Movant the Court should appoint as lead plaintiff or which counsel the Court should approve as lead counsel. Defendants' non-opposition is not, and should not be construed as, an admission or agreement with any fact alleged in the Motions. Defendants reserve all rights, arguments, and defenses, including the right to challenge the adequacy of any proposed lead plaintiff to serve as a class representative.

Dated: September 22, 2026

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Monica K. Loseman*

Monica K. Loseman (SBN 309370)
mloseman@gibsondunn.com
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
Telephone: 303.298.5784

Craig Varnen (SBN 170263)
cvarnen@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7922

Michael D. Celio (SBN 197998)
mcelio@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5326

*Attorneys for Defendants Intuit Inc., Sasan K. Goodarzi, and Sandeep S. Aujla*

[1] Defendants have not been served in *Bruce v. Intuit Inc.*, No. 3:26-cv-08518-CRB, and therefore only file this statement of non-opposition in *Baldwin v. Intuit Inc.*, No. 3:26-cv-07086-TLT.